UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>JAMYHA ALLEN<br><br><br><br><br>**Debtor** | CASE NO: 23-40391<br>Chapter 13<br><br>Trustee's Objection to Confirmation<br>Original Confirmation Hearing set for:<br>March 30, 2023  11:00 am |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF 1ST AMENDED PLAN

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and for her objection to confirmation states as follows:

1. Per Schedules I and J as filed, the Debtor does not have sufficient income to make the Chapter 13 plan payment.
2. The set monthly payments to be made by the Trustee exceed the plan payment.
3. The plan does not contain enough funds to pay secured and priority creditors in full and pay the amount guaranteed to general unsecured creditors (if any).  11 U.S.C. §§ 1322(a)(2) and 1325(a)(5)(B)(ii).  The approximate amount of the shortfall is $6,300.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

Dated: April 20, 2023

OBJCONFAF--KR

/s/ Kathy Reichbach
Kathy Reichbach MO56957
Attorney for Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on April 20, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on April 20, 2023.

JAMYHA ALLEN
1433 KINGSFORD DRIVE
FLORISSANT, MO  63031

/s/ Kathy Reichbach
Kathy Reichbach MO56957